No. 39,874

A. B. WILLIAMS, et al., *Appellees,* v. R. V. SMRHA, Chief Engineer of the Division of Water Resources, Kansas State Board of Agriculture, Topeka, Kansas, *Appellant.*

(293 P. 2d 241)

Opinion filed January 28, 1956.

*Warden L. Noe,* special assistant attorney general, and *William P. Timmerman,* of Wichita, argued the cause, and *Harold R. Fatzer,* attorney general, and *Paul Wilson,* assistant attorney general, were with them on the briefs for the appellant.

*Kenneth G. Speir,* and *J. G. Somers,* both of Newton, argued the cause, and *Vernon A. Stroberg, Herbert H. Sizemore,* and *Richard F. Hrdlicka,* all of Newton, were with them on the briefs for the appellees.

The opinion of the court was delivered by

ROBB, J.: This appeal is dismissed in accordance with the opinion and views expressed in *City of McPherson v. Smrha,* No. 39,873, this day decided.